FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2022 MAY 10 A 9:47
TAMMY H DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-cv-00429-KGB-JTR

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Willie C. Lovelace
ADC # 205432
Address: Pulaski County Regional Detention Facility 3201 W. Roosevelt Rd. Little Rock, AR. 72204

Name of plaintiff: Jerry W. West
ADC # 254228
Address: P.C.R.D.F. 3201 W. Roosevelt Rd. Little Rock, AR. 72204

Name of plaintiff: Xavion Omoware
ADC # 255831
Address: P.C.R.DF. 3201 W. Roosevelt Rd. Little Rock, AR. 72204

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Sgt. Clark
Position: Pulaski County Sherriff Officer
Place of employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd. Little Rock, AR. 72204

Name of defendant: Sgt. Hill
Position: Pulaski County Sherriff Officer

This case assigned to District Judge Baker
and to Magistrate Judge Ray

2. Parties

A. Name of Plaintiff: Roderick D. Maxwell
   ADC # 202118
   Address P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR. 72204

   Name of Plaintiff: Jerry York
   ADC # 79230
   Address P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR. 72204

   Name of Plaintiff: Brian Allen
   ADC # 254044
   Address P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR. 72204

   OVER →

B. Name of Defendant: Officer Anderson
   Position: Pulaski County Sherriff Officer
   Place of Employment P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR 72204

   Name of Defendant: Eric Higgins
   Position: Sherriff / Jail Administrator
   Place of Employment 3201 W. Roosevelt Rd. N.L.R. AR. 72204

   Name of Defendant: Officer Jones
   Position: Pulaski County Sherriff's Officer
   Place of Employment P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R. AR 72204

   Name of Defendant: Officer Knight
   Position: Pulaski County Sherriff's Officer
   Place of Employment P.C.R.D.F. 3201 W. Roosevelt Rd. N.L.R., AR. 72204

A Timothy D. Counts
#263861
3201 W. Roosevelt Rd. N.L.R., AR, 72204

Donald Slusher
216698

Daniel Owen
ADC #149317
P

Montrell Burns 157597
Charles Horton 131599
Quincy Harris 3400
Christopher Otis 107527
Derrick Conley 206351
✓ Adrian Jimenez 208115
Antwan Conley 252481
Reginald Crusterson 260947
Jobani Rodriguez 256193
Pedro Ramirez 215422
Travion Hamilton 10925

Place of employment: P.C.R.D.F
Address: 3201 W. Roosevelt Rd. Little Rock, AR. 72204
Name of defendant: Lt. Atwood
Position: Pulaski County Sheriff Officer
Place of employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd Little Rock, AR. 72204
Name of defendant: Officer Smith
Position: Pulaski County Sheriff Officer
Place of employment: P.C.R.D.F.
Address: 3201 W. Roosevelt Rd Little Rock, AR. 72204

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV. Place of present confinement: **Pulaski County Reginal Detension Facility 3201 W. Roosevelt Rd. Little Rock, AR. 72204**

V. At the time of the alleged incident(s), were you: (check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓    No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **By policy they have 10 working days to answer my grievence it has been 13 working days still no answer, I have talked to -6- officers listed without an answer, so I would say yes.**

Yes ✓   No ___

If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3/10/22, 3/11/22, 3/12/22, 3/13/22, 3/14/22, 3/20/22, 3/21/22, 3/22/22 officer Smith has had 181 inmates to deal with because of a link door units. When the link is opened he has to run 2 units. 1 officer can't run that many inmates, and when he has both units, we can't shower, which causes a hostile environment, we also can't use the phones for attorney calls, or use the legal library for we are locked in cells the entire time having no access to the kiosk. I filed a grievance on 3/23/22, in which has not been answered and I have talked to the officers, sergeants and Lt. on this matter on 3/23/22, since then on 3/26/22, 3/28/22, 3/30/22, 4/4/22, 4/5/22 4/6/22 and 4/8/22 we are still being without these things, which brings me to the step in this process. On 4/10/22 we had an inmate died due to one officer to 181 inmates cause that link door was open. They didn't find him till 3 A.M. and he died at 8:00 P.M.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

WE would like to be able to have access to shower, phones, law library, and outside of cell time. Would also like to have all court fees paid by officers, and officers reprimanded, and the link doors closed permanently. Thank you for your time.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20____.

Reginald Crusterson
Jobani Rodriguez
Pedro Romirez

Travion Hamilton

Willie C Lovelace III
Jerry West
_____
Signature(s) of plaintiff(s)
Rodock Maxwell
Jerry York
_____
T. _____

Donald _____
Daniel Owen
Montrell Burns
Derrick Conley
Christopher Otis
Anthen Conley
Charles Horton
Quincy Harris
_____

-8-

Travion Hamilton

From: Willie C Lovelace III
ID# 205422 Q Dorm 302
PCJ
3201 W. Roosevelt Road
Little Rock, AR, 72204



To: Pro Se Clerk
606 W. Capitol Avenue Room A.149
Little Rock, AR 72201

Legal Mail