UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE C. LOVELACE, III, *et al*.                                                              PLAINTIFFS

V.                             No. 4:22-CV-425-KGB-JTR
                                       (Lead Case)

CLARK, Sergeant,
Pulaski County Detention Facility, *et al*.                                                DEFENDANTS


JERRY YORK                                                                                            PLAINTIFF
#79230

V.                             No. 4:22-CV-429-KGB-JTR
                                    (Consolidated Case)

CLARK, Sergeant,
Pulaski County Detention Facility, *et al*.                                                DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

## I. Discussion

On January 5, 2023, Consolidated Plaintiff Jerry York ("York")[1] filed a one sentence Notice: "I have went to A.D.C. prison." No. 4:22-CV-425-KGB-JTR, *Doc. 41*. York did not provide a new mailing address or even the name of the "A.D.C. prison." *Id.* Accordingly all mail from the Court continued to be sent to York's address of record, the Pulaski County Detention Facility. That mail was returned undeliverable, with no forwarding address. No. 4:22-CV-425-KGB-JTR, *Docs. 44, 53, 55, 61, 65*.

Accordingly, on May 31, 2023, the Court entered an Order notifying York that, if he wished to continue pursuing this lawsuit, he must, within thirty (30) days, file a notice of his current mailing address. *See* No. 4:22-CV-425-KGB-JTR, *Doc. 68*; No. 4:22-CV-429-KGB-JTR, *Doc. 9*. Importantly, York was cautioned that if he did not timely and properly comply with the May 31 Order, his case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[2] *Id.*

---

[1] On October 31, 2022, York's case, No. 4:22-CV-429-KGB-JTR, was consolidated into lead case, *Lovelace v. Clark, et al.*, No. 4:22-CV-425-KGB-JTR. *See* No. 4:22-CV-425-KGB-JTR, *Doc. 10*; No. 4:22-CV-429-KGB-JTR, *Doc. 8*.

[2] On May 13, 2022, the Court advised York of his responsibilities under Local Rule 5.5(c)(2). *See* No. 4:22-CV-429-KGB-JTR, *Doc. 2*. The Local Rule provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be

As of the date of this Recommendation, York has not complied with the Court's May 31 Order, and the time for doing so has expired. York's mail is still being returned undelivered. *See* No. 4:22-CV-425-KGB-JTR, *Docs. 75, 80, 82, 84, 86*. He has had no communication with the Court since the January 5, 2023 Notice. No. 4:22-CV-425-KGB-JTR, *Doc. 41*.

Accordingly, pursuant to Local Rule 5.5(c)(2), this action should be dismissed, without prejudice.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.      Consolidated Plaintiff Jerry York's individual case, *York v. Clark*, No. 4:22-CV-429-KGB-JTR, be severed from the lead case, *Lovelace v. Clark*, No. 4:22-CV-425-KGB-JTR.

2.      York's severed case be DISMISSED, without prejudice, due to lack of prosecution.

2.      The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

---

dismissed without prejudice. Any party proceeding pro se must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Rule 5.5(c), Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

3. The Clerk is directed to docket a copy of this Recommendation in both (1) *Lovelace v. Clark*, No. 4:22-CV-425-KGB-JTR; and (2) *York v. Clark*, No. 4:22-CV-429-KGB-JTR.

DATED this 24th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE