IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE C. LOVELACE, III,** *et al.*  **PLAINTIFFS**

v.  Case No. 4:22-cv-00425-KGB-BBM

**CLARK, Sergeant, Pulaski County
Detention Center,** *et al.*  **DEFENDANTS**


**JERRY YORK
#79230**  **PLAINTIFF**

v.  Case No. 4:22-cv-00429-KGB-BBM

**CLARK, Sergeant, Pulaski County
Detention Center,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 89 in Case No. 4:22-cv-00425; Dkt. No. 11 in Case No. 4:22-cv-00429).  Consolidated plaintiff Jerry York has not filed any objections to the Recommendation, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*).  The Court finds that Mr. York's individual case, *York v. Clark, et al.*, 4:22-cv-00429-KGB-BBM, is to be severed from the lead case, *Lovelace v. Clark, et al.*, 4:22-cv-00425-KGB-BBM.  The Court dismisses without prejudice Mr. York's amended complaint in Case No. 4:22-cv-00429 (Dkt. No. 7), and amended complaint in Case No. 4:22-cv-00425 (Dkt. No. 151), for failure to prosecute.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of March, 2025.

                                                                  _/s/ Kristine G. Baker_
                                                                  Kristine G. Baker
                                                                  Chief United States District Judge